1  SALVATORE SCIANDRA, Bar No.  58256
   Law Office of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California  93721
3  Telephone: 559.233.1000
   Facsimile:  559.233.6044
4

5  Attorney for Defendant, JOHN D'ONOFRIO

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,      )  **CASE NUMBER:** CR-F-05-0238 OWW
                                    )
11 |       Plaintiff,                )  STIPULATION AND ORDER FOR A
                                    )  RESETTING OF STATUS
12 | v.                              )  CONFERENCE HEARING
                                    )
13 | JOHN D'ONOFRIO,                 )  Date:  Monday, December 12, 2005
                                    )  Time:  1:30 p.m.
14 |       Defendant.                )  Court: Honorable Oliver W. Wanger
                                    )
15 |_____

16        IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the

17 defendant by and through his attorney, that the Status Conference Hearing set for Monday, November

18 21, 2005 at 1:30 p.m. be changed to a Change of Plea Hearing and that the date be continued to

19 Monday, December 12, 2005 at 1:30 p.m.

20                                              Respectfully submitted,

21

22 DATED:  November 15, 2005              /s/ Salvatore Sciandra
                                          SALVATORE SCIANDRA
23                                        Attorney for Defendant,
                                          JOHN D'ONOFRIO
24

25                                        Agreed to in person with AUSA Cobar
                                          on 11/14/05.
26

27 DATED:  November 15, 2005              /s/ Marlon Cobar
                                          MARLON COBAR
28                                        Assistant U.S. Attorney

1  / / /

2  / / /

**ORDER**

**IT IS SO ORDERED.**

DATED:   November 16, 2005                          /s/ OLIVER W. WANGER
                                                    OLIVER W. WANGER
                                                    United States District Court Judge