SALVATORE SCIANDRA, Bar No. 58256
Law Office of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, JOHN D'ONOFRIO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN D'ONOFRIO, ) <br> ) <br> Defendant. ) <br> ) | CASE NUMBER: CR-F-05-0238 OWW <br><br> ORDER FOR RELEASE OF PASSPORT |

The defendant having been convicted of a violation of 18 U.S.C. 1018 and 2(a) and having been granted one year probation on various terms and conditions and the Assistant United States Attorney Marlon Cobar having no objection, IT IS HEREBY ORDERED that the Clerk of the United States District Court, Eastern District of California release defendants passport forthwith.

Mr. Cobar agreed to this order via telephone on 3/8/06. IT IS SO ORDERED.

**Dated:   March 9, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE